UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :     08 Cr. 461 (GEL)
           - v -                                           :
                                                           :     **ORDER**
MARIA RUIZ,                                                :
                                                           :
                            Defendant.                     :
-----------------------------------------------------------x

GERARD E. LYNCH, District Judge:

       By letter dated July 31, 2008, the Government requests an adjournment of the conference currently scheduled for August 1, 2008. Defense counsel consents to the adjournment and exclusion of time under the Speedy Trial Act until the adjourned date. As this adjournment is sought to allow the defendant better to prepare his defense and to negotiate with the Government regarding a possible disposition, the Court finds that the reason for the continuance is in the interests of justice and outweighs the interests of the defendant and of the public in a speedy trial. Accordingly, it is hereby ORDERED that:

1. The conference is adjourned to September 5, 2008, at 3:30 p.m.

2. The time from August 1, 2008, until September 5, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
       August 1, 2008

                                                      _____
                                                      GERARD E. LYNCH
                                                      United States District Judge