```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                      :
UNITED STATES OF AMERICA              :     GOVERNMENT'S FORFEITURE
                                      :     BILL OF PARTICULARS
                                      :     21 U.S.C. § 853
        -v-                           :
                                      :
MARIA RUIZ,                           :     08 Cr. 461 (GEL)
                                      :
                                      :
           Defendant.                 :
                                      :
- - - - - - - - - - - - - - - - - - -x
```

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the commission of the controlled substance offense described in Count One of the Indictment, as alleged in the Forfeiture Allegation, also includes but is not limited to the following:

      One White 2007 BMW X3 SUV, VIN# WBXPC93457WF17266

Dated:    New York, New York
           August 11, 2008

                                    Respectfully Submitted,

                                    MICHAEL J. GARCIA
                                    United States Attorney

                     By:           /s/
                                PARVIN MOYNE
                                Assistant United States Attorney
                                Telephone: (212) 637-2510

AFFIDAVIT OF SERVICE

Corinne L. Scalogna affirms under penalty of perjury pursuant to 28 U.S.C. §1746 the following:

I am employed with FSA in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York.

On August 11, 2008, I served a copy of the attached Government's Forfeiture Bill of Particulars to be delivered by certified mail to:

> Alan M. Nelson, Esq.
> 3000 Marcus Avenue, Suite 1E5
> Lake Success, New York 11042

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:    August 11, 2008
                New York, New York


_____
CORINNE L. SCALOGNA