```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :       08 Cr. 461 (GEL)
            - v -                                            :
                                                             :           ORDER
MARIA RUIZ,                                                  :
                                                             :
                              Defendant.                     :
-------------------------------------------------------------x
```

GERARD E. LYNCH, District Judge:

      By letter dated August 28, 2008, defense counsel requests an adjournment of the conference currently scheduled for September 5, 2008. The Government does not oppose this application, and defense counsel consents to the exclusion of time under the Speedy Trial Act until the adjourned date. As this adjournment is sought to allow the defendant to continue to negotiate with the Government regarding a possible disposition, the Court finds that the reason for the continuance is in the interests of justice and outweighs the interests of the defendant and of the public in a speedy trial. Accordingly, it is hereby ORDERED that:

1.     The conference is adjourned to September 19, 2008, at 2:00 p.m.

2.     The time from September 5, 2008, until September 19, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
       August 28, 2008

                                                                     GERARD E. LYNCH
                                                           United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/28/08]